Affirmed and Memorandum Opinion filed June 24, 2010.

 

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-09-00738-CR

NO. 14-09-00744-CR

____________

 

WILLIE KOEHLER, Appellant

 

V.

 

THE STATE OF TEXAS, Appellee

 



 

On Appeal from the 23rd District Court

Brazoria County, Texas

Trial Court Cause No. 58,140

 



 

MEMORANDUM
OPINION

A jury convicted appellant of aggravated sexual assault
(count one) and indecency with a child (count two).  The jury sentenced appellant
to confinement for life (count one) and for twenty years (count two) in the
Institutional Division of the Texas Department of Criminal Justice.  The trial
court denied the State’s motion to stack the sentences and ordered they run
concurrently.  In both counts, the jury assessed a $10,000 fine.  Appellant
filed a timely notice of appeal.

 

Appellant=s appointed counsel filed a brief in which he concludes the
appeal is wholly frivolous and without merit. The brief meets the requirement
of Anders v. California, 386 U.S. 738, 87 S.Ct. 1396 (1967), by presenting
a professional evaluation of the record and demonstrating why there are no
arguable grounds to be advanced. See High v. State, 573 S.W.2d 807 (Tex.
Crim. App. 1978).

A copy of counsel’s brief was delivered to appellant.  Appellant
was advised of the right to examine the appellate record and file a pro se
response. See Stafford v. State, 813 S.W.2d 503, 510 (Tex. (Tex. Crim.
App.1991). As of this date, no pro se response has been filed.

We have carefully reviewed the record and counsel=s brief and agree the appeal is
wholly frivolous and without merit. Further, we find no reversible error in the
record. We are not to address the merits of each claim raised in an Anders
brief or a pro se response when we have determined there are no arguable
grounds for review. See Bledsoe v. State, 178 S.W.3d 824, 827–28 (Tex.
Crim. App. 2005).

Accordingly, the judgment of the trial court is affirmed.

 

PER CURIAM

 

Panel consists of Justices
Brown, Sullivan, and Christopher.

Do Not Publish — Tex. R. App. P. 47.2(b).